

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

April 12, 2007

United States
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA

**FILED**

**APR 1 6 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:    Transfer to U.S. Magistrate Judge

Case No. _MJ-07-500_                    4-07-70197-WDB

Case Title: _USA V JOSE CLEMENTE LOPEZ-PADILLA_

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☐ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other _Document #5- NFPV_

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _S. English_
Deputy Clerk 213-894-8288

*cc: U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court

_____          By _____
Date                              Deputy Clerk

CR-48 (01/01)                    **LETTER RE: RULE 40 - TRANSFER OUT**

FILED

2007 APR 10  AM 10: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

Jose Clemente Lopez-PADILLA

DEFENDANT(S).

CASE NUMBER

07-0500M

4.07

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _Complaint_
in the _Northern_ District of _California_ on _April 3, 2007_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _January 19, 2007_
in violation of Title _8_ U.S.C., Section(s) _1326_
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): _____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _4-10-07_

_____, Deputy Clerk.

Signature of Agent

DHS-ICE

Agency

ANTHONY Q SETTLE
Print Name of Agent

ICE

Title

I hereby attest and certify on
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK
4-12-07

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED

2007 APR 10 AM 10: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

JOSE Clemente LoPEZ-PADillA

PLAINTIFF

DEFENDANT(S).

CASE NUMBER

**07-0500M**

4:07-70197

**REPORT COMMENCING CRIMINAL
ACTION**

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest ___3/20/2007    0700___    ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   ___8 USC 1326___
3. Offense charged is a: ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes    ☑ No    ☐ Unknown
5. Year of Birth: ___1973___
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): ___U.S.M.S.___
8. Date detainer placed on defendant: ___APRIL 3, 2007___
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. ___N/A___
10. Name of Pretrial Services Officer: ___N/A___
11. Remarks (if any): ___N/A___

12. Date: ___APRIL 10, 2007___
14. Name: ___ANTHONY Q. SOTTILE___
13. Signature: ___Anthony Q. Sottile___
15. Title: ___ICE___

I hereby attest and certify on 4-12-07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK C. Walsh

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Western Division |
| Plaintiff, | |
| vs. | Case Number: 2:07-MJ-00500    Out of District Affidavit |
| | Initial App. Date: 04/10/2007    Initial App. Time: 2:00 PM |
| Jose Clemente Lopez-Padilla | |
| Defendant. | Date Filed: 04/10/2007 |
| | Violation: 8:1326 |
| | Tape Number: _CS – 4/10/07_ |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Margaret A. Nagle** | **CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE** |

PRESENT:   Cindy De La Torre                    _Rod Castro-Silva_                    Spanish
            _Deputy Clerk_            _Assistant U.S. Assistant_            _Interpreter/Language_

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
☒ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Humberto Diaz, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for:_____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☒ Court ORDERS defendant Held to Answer to _NO_ District of _CA @ San Francisco_
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☒ Warrant of removal and final commitment to issue.
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

          ☐ **PSA**              ☐ **FINANCIAL**              ☐ **READY**
                                                        Deputy Clerk Initials _CD_

I hereby attest and certify on 4-12-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK   by C. Padilla

M-5 (11/04)        CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE        Page 1 of 1

ORIGINAL

```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRENTON P. GEE (Cal. SBN: 188048)
 4  Special Assistant United States Attorney

 5  1200 United States Courthouse
    312 North Spring Street
 6  Los Angeles, California  90012
    Telephone: (213) 894-6875
 7  Facsimile: (213) 894-0141
    E-mail: brenton.p.gee@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT

APR 10 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

```
10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )   Case No. 07-500M
                                 )
13                  Plaintiff,   )
                                 )
14                               )   GOVERNMENT'S NOTICE OF REQUEST
                                 )   FOR DETENTION
15                  v.           )
                                 )
16  Jose Clemente Lopez-Padilla, )
                                 )
17                  Defendant.   )
                                 )
18  _____  )

19       Plaintiff, United States of America, by and through its

20  counsel of record, hereby requests detention of defendant and gives

21  notice of the following material factors:

22  ____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23             on the following grounds:

24  ____  a.   offense committed while defendant was on release

25             pending (felony trial), (sentencing) (appeal) or

26             on (probation) (parole);

27  ____  b.   alien not lawfully admitted for permanent

28             residence;
```

I hereby attest and certify on
that the foregoing document is a
true and correct copy of the original file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

```
1              ____ c.  flight risk;
2              ____ d.  danger to community.
3    X    2.   Pretrial Detention Requested (§ 3142(e)) because no
4              condition or combination of conditions will
5              reasonably assure against:
6          X   a.  danger to any other person or the community;
7          X   b.  flight.
8         3.   Detention Requested Pending Supervised
9              Release/Probation Revocation Hearing (Rules
10             32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):
11         ____ a. Defendant cannot establish by clear and
12             convincing evidence that he/she will not pose a
13             danger to any other person or to the community;
14         ____ b. Defendant cannot establish by clear and
15             convincing evidence that he/she will not flee.
16        4.   Presumptions Applicable to Pretrial Detention (18
17             U.S.C. § 3142(e)):
18         ____ a. Title 21 or Maritime Drug Law Enforcement Act
19             ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
20             with 10-year or greater maximum penalty
21             (presumption of danger to community and flight
22             risk);
23         ____ b. offense under 18 U.S.C. § 924(c) (firearm
24             used/carried/possessed during/in relation to/in
25             furtherance of crime), § 956(a), or § 2332b
26             (presumption of danger to community and flight
27             risk);
28
```

1           ____ c.   offense involving a minor victim under 18 U.S.C.

2                    §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

3                    2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

4                    2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

5                    (presumption of danger to community and flight

6                    risk);

7           ____ d.   defendant currently charged with (I) crime of

8                    violence, (II) offense with maximum sentence of

9                    life imprisonment or death, (III) Title 21 or

10                 MDLEA offense with 10-year or greater maximum

11                 sentence, or (IV) any felony if defendant

12                 previously convicted of two or more offenses

13                 described in I, II, or III, or two or more state

14                 or local offenses that would qualify under I, II,

15                 or III if federal jurisdiction were present, or a

16                 combination of such offenses, AND defendant was

17                 previously convicted of a crime listed in I, II,

18                 or III committed while on release pending trial,

19                 AND the current offense was committed within five

20                 years of conviction or release from prison on the

21                 above-described previous conviction (presumption

22                 of danger to community).

23     X   5.    Government Is Entitled to Detention Hearing

24             Under § 3142(f) If the Case Involves:

25           ____ a.   a crime of violence (as defined in 18 U.S.C.

26                 § 3156(a)(4)) or Federal crime of terrorism (as

27                 defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

28

1    maximum sentence is 10 years' imprisonment or

2    more;

3    _____ b. an offense for which maximum sentence is life

4    imprisonment or death;

5    _____ c. Title 21 or MDLEA offense for which maximum

6    sentence is 10 years' imprisonment or more;

7    _____ d. instant offense is a felony and defendant has two

8    or more convictions for a crime set forth in a-c

9    above or for an offense under state or local law

10    that would qualify under a, b, or c if federal

11    jurisdiction were present, or a combination or

12    such offenses;

13    _____ e. any felony not otherwise a crime of violence that

14    involves a minor victim or the possession or use

15    of a firearm or destructive device (as defined in

16    18 U.S.C. § 921), or any other dangerous weapon,

17    or involves a failure to register under 18 U.S.C.

18    § 2250;

19    _X_ f. serious risk defendant will flee;

20    _____ g. serious risk defendant will (obstruct or attempt

21    to obstruct justice) or (threaten, injure, or

22    intimidate prospective witness or juror, or

23    attempt to do so).

24    _____ 6. Government requests continuance of _____ days for

25    detention hearing under § 3142(f) and based upon the

26    following reason(s):

27    _____

28

4

1

2

3

4    _____    7.    Good cause for continuance in excess of three days

5          exists in that:

6

7

8

9

10  DATED: April 6, 2007          Respectfully submitted,

11                                GEORGE S. CARDONA
                                  Acting United States Attorney
12
                                  THOMAS P. O'BRIEN
13                                Assistant United States Attorney
                                  Chief, Criminal Division
14

15                                _____

16                                BRENTON P. GEE
                                  Special Assistant United States
17                                Attorney

18                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

APR 10 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

JOSE CLEMENTE LOPEZ-PADILLA,

                    Defendant.

)
)
)
)
)
)
)
)
)
)

CASE NO.  07 - 500M

ORDER OF DETENTION

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

16                              I.

A. ( )    On motion of the Government in a case allegedly involv

    1. ( )    a crime of violence.

    2. ( )    an offense with maximum sentence of life imprisonment or death.

    3. ( )    a narcotics or controlled substance offense with maximum sentence
             of ten or more years .

    4. ( )    any felony - where defendant convicted of two or more prior offenses
             described above.

    5. ( )    any felony that is not otherwise a crime of violence that involves a
             minor victim, or possession or use of a firearm or destructive device
             or any other dangerous weapon, or a failure to register under 18
             U.S.C § 2250.

B.    ☒    On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

( )    On the further allegation by the Government of:

1. (X)    a serious risk that the defendant will flee.

2. ( )    a serious risk that the defendant will:

    a. ( ) obstruct or attempt to obstruct justice.

    b. ( ) threaten, injure, or intimidate a prospective    witness or juror or attempt to do so.

C. The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:

1. (X)    the appearance of defendant as required.

(X) and/or

2. (X)    the safety of any person or the community.

B. ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:

A. (X)    As to flight risk:

The defendant is a citizen of Mexico and has been deported on three prior occasions. He is illegally present in the United States at this time. Further, he appears to have used multiple aliases.

B. (X)    As to danger:

He has an extensive criminal history and has sustained felony and misdemeanor convictions for drug related crimes.

VI

A. (  )    The Court finds that a serious risk exists the defendant will:

    1. (  ) obstruct or attempt to obstruct justice.

    2. (  ) attempt to/ (  ) threaten, injure or intimidate a witness or juror.

1    B. The Court bases the foregoing finding(s) on the following:

2

3

4

5

6

7

8

9                                VII

10

11    A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12    B. IT IS FURTHER ORDERED that the defendant be committed to the custody

13        of the Attorney General for confinement in a corrections facility separate, to

14        the extent practicable, from persons awaiting or serving sentences or being

15        held in custody pending appeal.

16    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

17        opportunity for private consultation with counsel.

18    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

19        or on request

20    of any attorney for the Government, the person in charge of the corrections facility

21    in which defendant is confined deliver the defendant to a United States marshal for

22    the purpose of an appearance in connection with a court proceeding.

23

24

25

26    DATED: _April 10, 2007_                    _Margaret A. Nade_

27                                UNITED STATES MAGISTRATE JUDGE

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 07 - 0500 - M |
| v. | |
| Jose Clemente Lopez - Padilla | **WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)** |
| DEFENDANT. | |

I understand that charges are pending in the ___Northern___ District of ___California___ alleging violation of ___8 § 1326___ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

☒    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☒    **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release;

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒    have an identity hearing

☒    receive a copy of the charges(s) against me

☒    have a preliminary examination

☐    have an identity hearing, and I have been informed that I have no right to a preliminary examination

☐    have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_Jose Lopez Padilla_
Defendant

_M. Nagle_
Defense Counsel

_Margaret A. Nagle_
United States Magistrate Judge

Date: ___04/10/07___

I hereby attest and certify on ___4-12-07___ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

APR I 0 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

Jose Clemente Lopez-Padilla

Defendant(s).

Case Number: 2:07-MJ-00500

## FINAL COMMITMENT AND WARRANT OF REMOVAL

Northern District of California
at San Francisco
*(City)*

## To: United States Marshal for the Central District of California

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☑ filing of a complaint before a U.S. Magistrate Judge

☐ U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about January 19, 2007, in the District of Origin, the defendant did: (NA)

having been previously deported from the United States, was found in Contra Costa County in Northern California without having obtained express consent for re-application for admission in violation of Title(s) 8 USC 1326

The defendant has now:

☑ duly waived identity hearing before me on April 10, 2007.

☑ duly waived preliminary examination before me on April 10, 2007.

☑ Permanent detention has been ordered.

April 10, 2007
-----------------
Date

*Margaret A. Nagle*
Margaret A. Nagle
------------------------------
United States Magistrate Judge

DEPUTY CLERK
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

I hereby attest and certify on 4-12-07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

=====================================================================

## RETURN

Received this commitment and designated prisoner on _____ ,

_____ , committed him to

_____ and left with the custodian at the same time a certified copy of the within temporary commitment.

_____
United States Marshal, Central District of California

_____
Date

_____
Deputy

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By
Deputy Clerk
Date

☆ AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

NORTHERN  District of  CALIFORNIA

UNITED STATES OF AMERICA
v.

JOSE CLEMENTE LOPEZ-PADILLA

## WARRANT FOR ARREST

WDB

Case Number:    4 · 0 7 - 7 0 1 9 7
07 - 0 5 0 0 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOSE CLEMENTE LOPEZ-PADILLA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

On January 19, 2007, the defendant Jose Clemente Lopez-Padilla, an alien having been previously deported from the United States, was found in Contra Costa County in the State and Northern District of California, without having obtained express consent for re-application for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557).

NO BAIL

in violation of Title  8    United States Code, Section(s)    1325

Edward M. Chen
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

4/7/07    San Francisco, CA
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

OA 91 Criminal Complaint

# United States District Court

NORTHERN **ORIGINAL** DISTRICT OF CAILFORNIA

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | |

APR X 3 2007

Jose Clemente Lopez-Padilla

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: **4 · 07 - 70197**

WDb

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about January 19, 2007 in Contra Costa County, in

(Date)

the NORTHERN District of CALIFORNIA defendant(s) did,

(Track Statutory Language of Offense)

an alien having been previously deported from the United States, was found in Contra Costa County in the State and Northern District of California, without having obtained express consent for re-application for admission from either the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557)

in violation of Title 8 United States Code, Section(s) 1326

I further state that I am a(n) Deportation Officer and that this complaint is based on the

(Official Title)

following facts:

See Attached Affidavit Incorporated herein by reference.

Maximum Penalties: 20 years imprisonment; $250,000.00 fine; 3 years supervised release and $100 special assessment.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved
As To
Form: BRYAN R. WHITTAKER, Special Assistant U.S. Attorney
        AUSA

Cecylie Andrews, Deportation Officer ICE
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

4/3/07

Date

EDWARD M. CHEN          U.S. Magistrate Judge

Name & Title of Judicial Officer

at San Francisco, California
City and State

Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cecyle J. Andrews, being duly sworn, do hereby state:

1.      I am a Deportation Officer with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been employed in this capacity since December 18, 1988.

2.      I have reviewed the official Alien Registration File and the automated criminal records relating to Jose Clemente Lopez-Padilla ("Lopez"), which attest to the following:

   a. Lopez is a thirty-three (33) year-old male, native and citizen of Mexico, who last entered the United States illegally by crossing the international border on an unknown date in 2004, at or near Nogales, Arizona, in an unknown manner, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

   b. Lopez's official Alien Registration File contains executed Warrants of Deportation indicating that Jose Clemente Lopez-Padilla was deported from the United States to Mexico through Nogales, Arizona on March 2, 1998 and August 23, 2001, and through Otay Mesa, California on March 6, 2004.

3. On January 19, 2007, Immigration and Customs Enforcement Officers encountered Lopez in Santa Rita County Jail pursuant to his arrest on unrelated charges. On that same date, an immigration detainer was lodged.

1

4. On March 9, 2007, Immigration Enforcement Officer Ken Porter interviewed Lopez at Santa Rita County Jail. Lopez provided a sworn statement in which he admitted that he was a citizen and national of Mexico, and that he had been previously deported to Mexico.

5. On March 29, 2007, a full set of rolled fingerprints belonging to Lopez were submitted to the Automated Fingerprint Identification Center ("AFIS") for verification of identity. The fingerprint examiner positively identified the fingerprints as belonging to the same Jose Clemente Lopez-Padilla who had previously been removed from the United States as referenced above in paragraph 2.

6. On March 22, 2007, Lopez was released to ICE's Lancaster Office in Southern California. Lopez's fingerprints and photos were submitted into the Auto Biometric Identification System ("IDENT"). IDENT information confirmed Lopez's identity.

7. There is no indication in the official files of the United States Department of Homeland Security that Lopez ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to reenter the United States.

8. Based upon the facts described above, I believe that there is probable cause that the defendant, Jose Cemente Lopez-Padilla, having previously been deported from the United States, has been found in the United States without the required permission, and is in violation of Title 8, United States Code, Section 1326.

Cecyle J. Andrews
Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement
San Francisco, California

Subscribed and sworn to before me this _3_ day of March 2007 at San Francisco, California.

Honorable Edward M. Chen
United States Magistrate Judge
Northern District of California
San Francisco, California

3

**U.S. District Court**
**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:07-mj-00500-DUTY-ALL**
**Internal Use Only**

Case title: USA v. Lopez-Padilla                                    Date Filed: 04/10/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Jose Clemente Lopez-Padilla (1)**                    represented by **Humberto Diaz**
*TERMINATED: 04/10/2007*                                Federal Public Defenders Office
                                                        321 E 2nd St
                                                        Los Angeles, CA 90012-4206
                                                        213-894-2854
                                                        Email:
                                                        zzCAC_FPD_Document_Receiving@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or Community*
                                                        *Defender Appointment*

**Pending Counts**                                     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

Defendant in violation of: 8:1326                      Court ORDERS defendant held to answer to
                                                        Northern District of California at San
                                                        Francisco.

**Plaintiff**

USA                                                    represented by **US Attorney's Office**
                                                        AUSA - Office of US Attorney
                                                        312 N Spring St, 12th Floor
                                                        Los Angeles, CA 90012-4700
                                                        213-894-2434

Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2007 | | ***Defendant Jose Clemente Lopez-Padilla ARRESTED (Rule 5(c)(3) (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jose Clemente Lopez-Padilla, originating in the Northern District of California, San Francisco. Defendant charged in violation of: 8:1326. Signed by agent Anthony Settle, DHS-ICE. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jose Clemente Lopez-Padilla; defendants Year of Birth: 1973; date of arrest: 3/20/2007. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●3 | Defendant Jose Clemente Lopez-Padilla arrested on warrant issued by the USDC Northern District of California at San Francisco. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Margaret A. Nagle Defendant arraigned and states true name is as charged. Attorney: Humberto Diaz for Jose Clemente Lopez-Padilla, DFPD, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Northern District of California at San Francisco. Warrant of Removal and final commitment to issue. (Spanish) INTERPRETER Required Tape #: CS 4/10/07. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●5 | FINANCIAL AFFIDAVIT filed as to Defendant Jose Clemente Lopez-Padilla. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Jose Clemente Lopez-Padilla. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●7 | ORDER OF DETENTION by Magistrate Judge Margaret A. Nagle as to Defendant Jose Clemente Lopez-Padilla. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●8 | WAIVER OF RIGHTS approved by Magistrate Judge Margaret A. Nagle as to Defendant Jose Clemente Lopez-Padilla. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | ●9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Margaret A. Nagle that Defendant Jose Clemente Lopez-Padilla be removed to the Northern District of California at San Francisco. (sce, ) (Entered: 04/12/2007) |
| 04/10/2007 | | ***Magistrate Case Terminated (sce, ) (Entered: 04/12/2007) |