CR-07-370-CW

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

Title 8 USC Section 1326 - Illegal Reentry by an Alien after Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DEFENDANT - U.S.**

▶ JOSE CLEMENTE LOPEZ-PADILLA (a/k/a Jose Lopez)

**DISTRICT COURT NUMBER**

CR07-00370 CW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4-07-70197wdb

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Bryan Whittaker, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ 3/20/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CLEMENTE LOPEZ-PADILLA,<br>(a/k/a, Jose Lopez)<br><br>Defendant. | No. CR07-00370 CW<br><br>VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien after Deportation<br><br>OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

On or about January 19, 2007, the defendant,

JOSE CLEMENTE LOPEZ-PADILLA,
(a/k/a Jose Lopez)

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation of Title 8, United States Code,

////

United States v. Lopez-Pidilla
INFORMATION

1  Section 1326.

2

3  Dated: June 11, 2007                                SCOTT N. SCHOOLS
                                                      United States Attorney
4

5                                                     _____
                                                      W. DOUGLAS SPRAGUE
6                                                     Chief, Oakland Branch

7

8  (Approved as to form: _____ )
                         SAUSA WHITTAKER
9

United States v. Lopez-Pidilla
INFORMATION