# MAGISTRATE JUDGE MINUTE ORDER

| Field | Value |
|---|---|
| DOCUMENTS UNDER SEAL | ☐ |
| DOCUMENT NUMBER: | |
| MAGISTRATE JUDGE | HON. WAYNE D. BRAZIL |
| DEPUTY CLERK | Ivy Lerma Garcia |
| REPORTER/FTR | FTR 6/12/07 10:16:20-10:24:02 |
| DATE | 6/12/07 |
| NEW CASE | ☐ |
| CASE NUMBER | CR-07-00370-CW |

## APPEARANCES

| Field | Value |
|---|---|
| DEFENDANT | JOSE CLEMENTE LOPEZ-PADILLA |
| AGE | |
| CUST | Yes |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | John Paul Reichmuth |
| PD. ☒  RET. ☐  APPT. ☐ | |
| U.S. ATTORNEY | Bryan Whittaker |
| INTERPRETER | Carole Glasser (Spanish Int.) |
| FIN. AFFT SUBMITTED | ☐ |
| COUNSEL APPT'D | ☐ |
| PROBATION OFFICER | None |
| PRETRIAL SERVICES OFFICER | Taifa Gaskins |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

**FILED JUN 12 2007** — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

## PROCEEDINGS SCHEDULED TO OCCUR

| Proceeding | | Proceeding | | Proceeding | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | | ☒ PRELIM HRG NOT HELD | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☒ STATUS NOT HELD |
| ☐ I.D. COUNSEL | | ☒ ARRAIGNMENT 8 Mins HELD | | ☐ BOND SIGNING | | ☐ IA REV PROB. or S/R | | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | | ☐ ID/REMOVAL HRG | | ☐ [illegible] PROB. REVOC. | | ☐ SUP REL HRG |

## INITIAL APPEARANCE

☐ ADVISED OF RIGHTS   ☐ ADVISED OF CHARGES   ☐ NAME AS CHARGED IS TRUE NAME   ☐ TRUE NAME:

## ARRAIGNMENT

☒ ARRAIGNED ON INFORMATION   ☐ ARRAIGNED ON INDICTMENT   ☐ READING WAIVED SUBSTANCE   ☒ WAIVER OF INDICTMENT FILED

## RELEASE

☐ RELEASED ON O/R   ☐ ISSUED APPEARANCE BOND   AMT OF SECURITY $   SPECIAL NOTES   ☐ PASSPORT SURRENDERED DATE

PROPERTY TO BE POSTED: ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

☐ MOTION FOR DETENTION   ☐ PRETRIAL SERVICES REPORT   ☐ DETAINED   ☐ RELEASED   ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

## PLEA

☐ CONSENT ENTERED   ☒ NOT GUILTY   ☐ GUILTY   GUILTY TO COUNTS: ☐

☐ PRESENTENCE REPORT ORDERED   ☐ CHANGE OF PLEA   ☐ PLEA AGREEMENT FILED   OTHER:

## CONTINUANCE

| | | |
|---|---|---|
| TO: 6/20/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/~~~~ |
| AT: 2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☒ CHANGE OF PLEA OR | ☐ BAIL REVIEW |
| BEFORE HON. CLAUDIA WILKEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

## ADDITIONAL PROCEEDINGS

cc: WDB's Stats, Sheilah