# United States District Court

__Northern__ DISTRICT OF __California__

FILED
JUN 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

JOSE CLEMENTE LOPEZ-PADILLA

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-~~00380~~ CW
00370

I, __Jose Clemente Lopez-Padilla__, the above named defendant, who is accused of

__Violation of Title 8, U.S.C. Sec. 1326 - Illegal Reentry by an Alien after Deportation__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 12, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

Jose Lopez
Defendant

_____
Counsel for Defendant

Before __Wayne D. Brazil__  6-12-07
          Judicial Officer