UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 6/20/07

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00370 CW

**Defendant:** Jose Clemente Lopez-Padilla (In Custody - Interpreter Used)


**Appearances for Plaintiff:**
Steve Corrigan for Bryan Whittaker

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Hiram Torres (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Trial Setting (initial app.)**

**Notes:**     This was the defendant's initial appearance before District Judge.  Defense anticipates change of plea, but counsel need to research alleged priors for Guideline Range.  **Case continued to 7/25/07 at 2:00 p.m. for disposition or motions hearing or trial setting.**  If defense plans to file any motions, they should be noticed for 7/25/07.

Copies to: Chambers