BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LOPEZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-00370-CW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING STATUS** |
| vs. | ) **HEARING** |
| JOSE LOPEZ-PADILLA, | ) Hearing Date: July 25, 2007 |
| | ) Requested Date: August 15, 2007 |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS/SETTING date of July 25, 2007 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for August 15, 2007 at 2:00 p.m. for MOTIONS/SETTING.

The reason for this request is that additional time is needed, as there is an important legal and factual issue concerning prior convictions which has not been resolved by the parties and which needs to be further discussed with Mr. Lopez-Padilla. This issue is material to plea negotiations and to Mr. Lopez-Padilla's decision about how best to proceed.

The parties agree and stipulate that the time until August 15 should be excluded, under18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of

1  justice served by the granting of the continuance outweigh the bests interests of the public and
2  the defendant in a speedy and public trial. The continuance is necessary to accommodate
3  counsel's preparation efforts.

4    7/23/07                                              /s/
   Date                                                   John Paul Reichmuth
5                                                         Assistant Federal Public Defenders
                                                          Counsel for defendant Lopez-Padilla
6
7

8    7/23/07                                              /s/
   Date                                                   Bryan Whittaker
9                                                         Assistant United States Attorney

10
11      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
                                                                                      Counsel for Defendant Lopez-Padilla
12
13

14      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
15  is continued to August 15, 2007 at 2:00 p.m., and that time is excluded from July 25, 2007 until
16  August 15, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).
17      IT IS SO ORDERED.
18
19
20                                                                                
    Date                                                         Hon. Claudia Wilken
21                                                          United States District Judge
22
23
24
25
26