1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LOPEZ-PADILLA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   No. CR-07-00370-CW
                                    )
12                Plaintiff,        )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER CONTINUING STATUS**
13  vs.                             )   **HEARING**
                                    )
14  JOSE LOPEZ-PADILLA,             )   Hearing Date: July 25, 2007
                                    )   Requested Date: August 15, 2007
15                Defendant.        )
    _____ )
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  MOTIONS/SETTING date of July 25, 2007 presently scheduled at 2:00 p.m., before the

19  Honorable Claudia Wilken, be vacated and re-set for August 15, 2007 at 2:00 p.m. for

20  MOTIONS/SETTING.

21       The reason for this request is that additional time is needed, as there is an important

22  legal and factual issue concerning prior convictions which has not been resolved by the parties

23  and which needs to be further discussed with Mr. Lopez-Padilla. This issue is material to plea

24  negotiations and to Mr. Lopez-Padilla's decision about how best to proceed.

25       The parties agree and stipulate that the time until August 15 should be excluded,

26  under18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of

1   justice served by the granting of the continuance outweigh the bests interests of the public and

2   the defendant in a speedy and public trial. The continuance is necessary to accommodate

3   counsel's preparation efforts.

4      7/23/07                                          /s/
    Date                                             John Paul Reichmuth

5                                                               Assistant Federal Public Defenders
                                                                Counsel for defendant Lopez-Padilla

6

7

8      7/23/07                                          /s/
    Date                                             Bryan Whittaker

9                                                               Assistant United States Attorney

10

11       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
                                                                       Counsel for Defendant Lopez-Padilla

12

13

14       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

15   is continued to August 15, 2007 at 2:00 p.m., and that time is excluded from July 25, 2007 until

16   August 15, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

17       IT IS SO ORDERED.

18

19      7/24/07

20   Date                                               Hon. Claudia Wilken

21                                                               United States District Judge