BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LOPEZ-PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-00370-CW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING STATUS** |
| vs. | ) **HEARING** |
| JOSE LOPEZ-PADILLA, | ) Hearing Date: August 15, 2007 |
| | ) Requested Date: September 12, 2007 |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS/SETTING date of August 15, 2007 presently scheduled at 2:00 p.m., before the Honorable Claudia Wilken, be vacated and re-set for September 12, 2007 at 2:00 p.m. for MOTIONS/SETTING.

The reason for this request is that additional time is needed, as there is an important legal and factual issue concerning prior convictions which has not been resolved by the parties and which needs to be further discussed with Mr. Lopez-Padilla. This issue is material to plea negotiations and to Mr. Lopez-Padilla's decision about how best to proceed. Defense counsel also has a pre-planned absence on August 15, 2007, which he neglected to consider when this date was requested. Defense counsel will be out of the office for the last two weeks of August,

1  which justifies that the request go over until September 12.

2      The parties agree and stipulate that the time until September 12 should be excluded,

3  under18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of

4  justice served by the granting of the continuance outweigh the bests interests of the public and

5  the defendant in a speedy and public trial. The continuance is necessary to accommodate

6  counsel's preparation efforts.

7     8/10/07                        /s/
   Date                                 John Paul Reichmuth

8                                           Assistant Federal Public Defenders
                                         Counsel for defendant Lopez-Padilla

9

10

11     8/10/07                        /s/
   Date                                 Bryan Whittaker

12                                           Assistant United States Attorney

13

14      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ John Paul Reichmuth
                                                    Counsel for Defendant Lopez-Padilla

15

16

17      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

18  is continued to September 12, 2007 at 2:00 p.m., and that time is excluded from August 15, 2007

19  until September 12, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

20      IT IS SO ORDERED.

21

22

23
   Date                                 Hon. Claudia Wilken

24                                           United States District Judge

25

26