1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant LOPEZ-PADILLA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. CR-07-00370-CW
                                        )
12                  Plaintiff,          )   **STIPULATION AND ORDER**
                                        )   **CONTINUING STATUS HEARING**
13   vs.                                )
                                        )   Hearing Date: August 15, 2007
14   JOSE LOPEZ-PADILLA,                )   Requested Date: September 12, 2007
                                        )
15                  Defendant.          )
     _____)
16

17          IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18   MOTIONS/SETTING date of August 15, 2007 presently scheduled at 2:00 p.m., before the

19   Honorable Claudia Wilken, be vacated and re-set for September 12, 2007 at 2:00 p.m. for

20   MOTIONS/SETTING.

21          The reason for this request is that additional time is needed, as there is an important legal

22   and factual issue concerning prior convictions which has not been resolved by the parties and

23   which needs to be further discussed with Mr. Lopez-Padilla.  This issue is material to plea

24   negotiations and to Mr. Lopez-Padilla's decision about how best to proceed.  Defense counsel

25   also has a pre-planned absence on August 15, 2007, which he neglected to consider when this

26   date was requested.  Defense counsel will be out of the office for the last two weeks of August,

                                            1

1   which justifies that the request go over until September 12.

2        The parties agree and stipulate that the time until September 12 should be excluded,

3   under18 U.S.C. §3161(H)(8)(A) and (B) for continuity of counsel and because the ends of justice

4   served by the granting of the continuance outweigh the bests interests of the public and the

5   defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's

6   preparation efforts.

7   _____8/10/07_____          _____/s/_____
    Date                                      John Paul Reichmuth
8                                             Assistant Federal Public Defenders
                                              Counsel for defendant Lopez-Padilla
9

10

11  _____8/10/07_____          _____/s/_____
    Date                                      Bryan Whittaker
12                                            Assistant United States Attorney

13

          I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
14  within this efiled document.              __/S/ John Paul Reichmuth___
                                           Counsel for Defendant Lopez-Padilla
15

16

17        Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

18  is continued to September 12, 2007 at 2:00 p.m., and that time is excluded from August 15, 2007

19  until September 12, 2007 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

20        IT IS SO ORDERED.

21

22        8/13/07

23  _____              _____
    Date                                   Hon.  Claudia Wilken
24                                          United States District Judge

25

26

2