UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 9/12/07

**Plaintiff:** United States

**v.**                                         **No.** CR-07-00370 CW

**Defendant:** Jose Clemente Lopez-Padilla (present - in custody
                                               interpreter used)

**Appearances for Plaintiff:**
Bryan Whittaker

**Appearances for Defendant:**
John Paul Reichmuth

**Interpreter:**
Hiram Torres (Spanish)

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Disposition or Motions Hearing or Trial Setting**

**Notes:** Defense has new plea agreement but is not ready to enter change of plea. **Case continued to 9/19/07 at 2:00 p.m. for disposition or trial setting.** Defense has no motions to file. Proposed plea agreement submitted to Court. Time excluded based on pending plea agreement.

Copies to: Chambers