UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
SEP 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Raynee Mercado
Date: 9/19/07

Plaintiff:   United States

v.                                            No.   CR-07-00370 CW

Defendant:   Jose Clemente Lopez-Padilla (present - in custody
                                           interpreter used)


Appearances for Plaintiff:
Bryan Whittaker

Appearances for Defendant:
John Paul Reichmuth

Interpreter:
Hiram Torres (Spanish)

Probation Officer:


Speedy Trial Date:


Hearing:   Change of Plea

Notes:     Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to the single count Information charging illegal entry into the U.S. following deportation in violation of 8 USC 1326. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Judgment and sentencing set for 12/5/07 at 2:00 p.m.**

Copies to: Chambers; probation