UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number           *CR-07-00370 CW*

Defendant's Name      *Jose Clemente Lopez-Padilla*

Defense Counsel       *John Paul Reichmuth AFPD*

Referral Date         *9/19/07*

Sentencing Date       *12/5/07*                    *@ 2:00 pm*

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a        __X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 220S, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by:  __SHEILAH CAHILL__
     Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody:  *yes*

Is defendant English-speaking?  *No*   *Spanish*

cc: U. S. Probation