SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL KALEBA (CSBN223789)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-**
   FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No  CR 07-00370 CW |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE  CLEMENTE  LOPEZ-PADILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Please take notice that as of  November 29, 2007, the Assistant U.S. Attorney whose

name, address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney DANIEL KALEBA
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3699

DATED:  November 29, 2007          Respectfully submitted,


                                   United States Attorney


                                   _____/S/_____
                                   DANIEL KALEBA
                                   Assistant United States Attorney


[CR  07-00370 CW]