SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00370 CW |
|     Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM FOR DEFENDANT JOSE CLEMENTE LOPEZ-PADILLA |
| v. ) | |
| JOSE CLEMENTE LOPEZ-PADILLA, ) | Hearing Date:   December 5, 2007 |
|     Defendant. ) | Hearing Time:   2:00 p.m. |

## I. INTRODUCTION

On September 19, 2007, defendant Jose Clemente Lopez-Padilla pled guilty to sole count in the Information, illegal reentry by an alien after deportation in violation of 8 U.S.C. § 1326. The United States agrees with the United States Probation Office's ("USPO") guidelines calculation from the November 13, 2007 final presentence report ("PSR") for the defendant in the above-captioned case. In light of the defendant's criminal history, the United States also agrees with the defendant that a prison sentence of 18 months is appropriate in these circumstances pursuant to 18 U.S.C. § 3553(a). The United States withdraws any unresolved objections to the PSR.

//

//

## II. ARGUMENT

### A. The USPO's Guidelines Calculation Is Correct.

The United States agrees with the USPO that the Total Offense Level is 13. PSR ¶ 25. The USPO properly applies a 12-level enhancement under U.S.S.G. § 2L1.2(b)(1)(B) because the defendant has a prior felony conviction for a drug trafficking offense for which the sentence imposed was 13 months or less. PSR ¶ 15. On May 16, 1997, the defendant pled *nolo contendre* to a violation of California Health and Safety § 11358, Unauthorized cultivation, harvesting or processing of marijuana. *Id.* at ¶ 29; *see also* Certificate of Magistrate and Commitment (Guilty Plea to Felony) attached as Exhibit A to this Memorandum. According to the Newark Police report, the officers discovered a marijuana plant growing in a pot on the night stand in the defendant's bedroom next to his bed. *See* Newark Police Department Incident Report at p.2, attached as Exhibit B to this Memorandum; PSR at ¶ 29. Growing marijuana, even only one plant for alleged personal use, satisfies the guidelines definition of a "drug trafficking offense" that "prohibits the manufacture . . . of a controlled substance" under U.S.S.G. § 2L1.2(b)(1)(B).

The United State agrees with the USPO computation that the defendant's criminal history points total is eight, establishing a Criminal History Category of IV. PSR ¶ 39. The United States withdraws any unresolved objections to the PSR.

### B. The Defendant's Criminal History May Be Overstated.

The United States agrees with the defendant that a sentence of 18 months imprisonment is appropriate in these circumstances. As noted by the USPO, the defendant received a twelve-level enhancement for felony drug trafficking that consisted of growing one marijuana plant approximately ten years ago, and has had no subsequent arrests or convictions for drug trafficking offenses. PSR ¶ 74. The defendant has no history of violence. *Id.* In light of the defendant's criminal history, the United States agrees that a sentence of 18 months is appropriate in these circumstances pursuant to this Court's consideration of appropriate sentencing factors under 18 U.S.C. § 3553(a).

//

//

### III. CONCLUSION

For the foregoing reasons, the United States respectfully requests this Court to sentence the defendant to 18-months imprisonment, impose a three-year term of supervised release, and order the defendant to pay a $100 special assessment.

DATED: November 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DANIEL R. KALEBA
Assistant United States Attorney

# Exhibit A

212-205 _(Spanish)_

MUNICIPAL COURT FOR THE FREMONT-NEWARK-UNION CITY JUDICIAL DISTRICT
COUNTY OF ALAMEDA, STATE OF CALIFORNIA

FILED ALAMEDA COUNTY

THE PEOPLE OF THE STATE OF CALIFORNIA      No. 174224      H-23331

MAY 20 1997

vs.                                       CERTIFICATE OF MAGISTRATE
RONALD G. OVERHOLT, Exec. Officer/Clerk
By _____  (On Plea to Felony)   PFN-AYJ550
Lopez, Jose Padilla                        CEN-7150496
_____
Defendant(s)

The attached complaint was filed in the above entitled court and a copy thereof delivered to the below named defendant(s), and to each of them if more than one.

On __5-16-97__, while the charges in the complaint were pending in the court, defendant __Jose Padilla Lopez__ with his counsel __P.D. Phil Goldsmith__ appeared before me in open court. I then read the complaint to the defendant(s) and asked the defendant(s) whether __he__ pleaded guilty or not guilty to the offense(s) charged and to previous conviction(s) of crime if charged.

With my consent and the consent of the District Attorney, with counsel for defendant(s) present, the defendant(s) pleaded ~~guilty~~ to the felony offense(s) to wit: __no contest to a violation of section 11358 of the Health & Safety Code of Ca. as charged in ct. 1 of the complaint. FG-F11358 HS__

I therefore certify this case to the Superior Court of the State of California, in and for the County of Alameda and refer the matter to the Probation Office for Report and Sentence in said Superior Court on __6-30-97 8:31am Dept. 7__.

Defendant(s), and each of them if more than one, may be admitted to bail (including penalty assessment) in the sum of $ ~~10,000.00~~ OR'D

The Sheriff of the County of Alameda, if the defendant(s) be not now on bail, is commanded to receive the defendant(s) into custody and to detain defendant(s) until legally discharged.

Dated __5-16-97__           __D.B. James__
                             Judge of the Municipal Court

__✓__ Copy issued to the Sheriff of County of Alameda as commitment for said defendant(s).
__✓__ Defendant(s) on __OR__ bail posted by _____

For defendant(s) on bail, give address if one defendant; names and addresses if more than one:

Address - 37122 Elm St
Newark #15
Phone 7938696

[COUNTY OF ALAMEDA seal — Municipal Court for Fremont-Newark-Union City Judicial, State of California]

Penal Code Secs. 859—859a—877a

Issued _____

FILED

MAY 9 1997

George S Hagan, Clerk of the
Municipal Court for the Fremont
Newark Union City Judicial District.
By _____ Deputy

MUNICIPAL COURT FOR THE FREMONT-NEWARK-UNION CITY JUDICIAL DISTRICT
COUNTY OF ALAMEDA, STATE OF CALIFORNIA

H-23931

| THE PEOPLE OF THE STATE OF CALIFORNIA | ) | No. 174224-4 | RPT: 97-3899 |
|---|---|---|---|
| vs. | ) | **COMPLAINT** | TA: IN CUSTODY |
| JOSE PADILLA LOPEZ | ) | PFN: AYJ550 | CEN: 7150496 |
| DEFENDANT(s) | ) | | |

The Undersigned, being sworn, says, on information and belief, that said defendant(s) did, in the Fremont-Newark-Union City Judicial District, County of Alameda, State of California, on or about MAY 9, 1997, commit a FELONY, to wit: a violation of Section 11358 of the Health and Safety Code of California, in that said defendant(s) did then and there plant, cultivate, harvest, dry and process marijuana.

Complainant therefore prays that a warrant issue and that the said defendant(s) be dealt with according to law.

Subscribed and sworn to before me

May 9, 1997 TL:jq 5199.7

_____
Deputy District Attorney,
Alameda County, California

Name ____/S/ NPD____

Address _____

Telephone _____

The foregoing instrument is a correct copy of the original on file in this office
ATTEST: MAY 16 1997
George S Hagan, Clerk of the Municipal Court for the Fremont-Newark-Union City Judicial District, County of Alameda, State of California
By _____ Deputy

# Exhibit B

# NEWARK POLICE DEPARTMENT
## INCIDENT REPORT

PAGE 1 of 4 PAGES

| REPORTING OFFICER | NO. | SECTOR | DATE/TIME REPORTED | REF CODE | OCCURRED ON OR BETWEEN: MM / DD / YR / DAY OF WEEK / TIME |
|---|---|---|---|---|---|
| NACCARATI | 17 | 2 | 5-9-97 0159 HRS | DRUGS | 5 / 9 / 97 / FRIDAY / 0153 |

**OFFENSE:** 11358 H/S

**CLASSIFICATION:** CULTIVATION OF MARIJUANA

**LOCATION:** 37122 #15 ELM ST.  **RD:** 2130

**SHIFT:** 1  **DIV.:**  **PROPERTY AMT.:**  **VEHICLE AMT.:**  **DAMAGE AMT.:**

**EVIDENCE OBTAINED:** ☐ FINGERPRINTS ☐ WEAPON TOOL ☐ PHOTOS ☐ STAINS ☐ SEMEN ☐ OTHER PRINTS ☐ VEHICLE ☐ HAIR ☐ BLOOD ☐ OTHER

**CAN VICTIM ID:** PROPERTY ☐ YES ☐ NO  SUSPECTS ☐ YES ☐ NO

**RELATED CASES:**

**CASE NO:** 97-3899

**NO. OF VICTIMS:** 0  **NO. OF SUSPECTS:** 1

**S1 NAME:** LOPEZ, JOSE CLEMENTE PADILLA
- RACE: H  SEX: M  HT: 504  WT: 150  HAIR: BLK  EYES: BRN  DOB: 09-11-73  RD: 2130
- ADDRESS: 37122 #15 ELM ST., NEWARK
- PHONE: 793-8696
- ADDITIONAL DESCRIPTION: FBN AYJ550

**I-4 NAME:** LOPEZ, REFUGIO PADILLA
- SEX: M  DOB: 06-22-72
- ADDRESS: 37122 #15 ELM ST., NEWARK
- PHONE: 793-8696

**STATUS:** 10  **DEPT. DISPO:** 5

**CODES:** (V) VICTIM (S) SUSPECT (I) INFORMANT (W) WITNESS (A) ARREST (CA) CITIZEN ARREST (CI) CITATION (D) DETENTION ONLY (N) NO ARREST

5/9/97

SECRET INFO

TOTAL: 5

# NEWARK POLICE
## PROPERTY/NARRATIVE

| CASE NO | DATE | OFFICER | NO | PAGE |
|---|---|---|---|---|
| 97-3899 | 5-9-97 | Nazworth | 17 | 2 of 4 |

| CODE | UCR TYPE | ITEM NO | ARTICLE NAME | BRAND/MAKE MANUFACTURER | MODEL NAME OR NUMBER | MISC DESCRIPTION | IDENTIFICATION NUMBER | QTY | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| E | | 1 | Approx. 12" Marijuana Plant | | | | | 1 | — |
| E | | 2 | Three Photographs of Marijuana Plant | | | | | 3 | — |
| E | | 3 | Audio Tape of Contact | | | | | 1 | — |

SCENES: On 5-9-97 at 0159 hrs Officer Lubiano and I responded to 37122 Elm St. #15 in order to contact Jose Clemente Lopez. I received information that Lopez was selling methamphetamine and marijuana from his house. We could see that lights were on inside the residence. Prior to contacting Lopez I activated my audio tape recorder. Officer Lubiano and I knocked on the door and Lopez' roommate, Refugio Lopez, answered the door. We told Refugio we needed to talk with Clemente Lopez. We asked Refugio if we could come inside to talk with Lopez. Refugio said "OK" and moved away from the door.

INVESTIGATIONS: Refugio walked me into Lopez' bedroom and he woke Lopez up. I saw a suspected marijuana plant growing in a pot on the nightstand near Lopez' bed.

| CODE | | UCR TYPE | |
|---|---|---|---|
| S-STOLEN | A-MONEY, NOTES | G-FIREARMS | |
| R-RECOVERED | B-JEWELRY, PRECIOUS METALS | H-HOUSEHOLD GOODS | |
| L-LOST | C-CLOTHING | I-CONSUMMABLE GOODS | |
| F-FOUND | E-OFFICE EQUIPMENT | J-LIVESTOCK | |
| E-EVIDENCE | F-TV, RADIOS, STEREOS, ETC. | K-MISCELLANEOUS | |
| D-DAMAGE ONLY | | | |

## NEWARK POLICE
### PROPERTY/NARRATIVE

| CASE NO 97-3899 | DATE 5-9-97 | OFFENSE 11358 H/S | OFFICER Knauroth | NO 12 | PAGE 3 OF 7 | |
|---|---|---|---|---|---|---|
| CODE / UCR TYPE / ITEM NO | ARTICLE NAME | BRAND/MAKE MANUFACTURER | MODEL NAME OR NUMBER | MISC DESCRIPTION | IDENTIFICATION NUMBER | QTY / VALUE |

Lopez came into the family room. I told Lopez that people have been saying that he is selling "crank" and marijuana. Lopez said he does not sell any drugs to anyone. I asked Lopez if he would mind if I looked around for any drugs. Lopez said "Sure, sure" and motioned with his hand for us to look around. We asked Lopez if there were any other marijuana plants in the house besides the one in his bedroom. Lopez said "No." We searched the house for methamphetamine and any additional marijuana, but we did not find any. Lopez said he smokes marijuana "a lot." We asked Lopez if he had any medical conditions. Lopez said he had no medical problems. Lopez said he just "likes to get high." Lopez said the marijuana was his and it was only for personal use. Lopez said he was not selling the marijuana. I placed Lopez under arrest for 11358 H/S, cultivation of marijuana.

STATEMENTS: As related above.

| CODE | UCR TYPE | | DISPOSITIONS | | |
|---|---|---|---|---|---|
| S-STOLEN<br>R-RECOVERED<br>L-LOST<br>F-FOUND<br>E-EVIDENCE<br>D-DAMAGE ONLY | A-MONEY, NOTES<br>B-JEWELRY, PRECIOUS METALS<br>C-CLOTHING<br>E-OFFICE EQUIPMENT<br>F-TV, RADIOS, STEREOS, ETC. | G-FIREARMS<br>H-HOUSEHOLD GOODS<br>I-CONSUMMABLE GOODS<br>J-LIVESTOCK<br>K-MISCELLANEOUS | STATUS: | DEPT. DISPO. F/V: JUV: | COP • LT ____ • SGTS • DET • PCC<br>DA • FU • CI • JP • CHP • SRV CTR<br>CM • CA • ENG • C/CLK • X • ACC • AA |

# NEWARK POLICE
## PROPERTY/NARRATIVE

| CASE NO | DATE | OFFENSE | OFFICER | NO | PAGE | OF | PAGE |
|---|---|---|---|---|---|---|---|
| 97-3899 | 5-9-97 | 11358 H/S | Nazareth | 15 | 4 | 4 | |

| CODE | UCR TYPE | ITEM NO | ARTICLE NAME | BRAND/MAKE MANUFACTURER | MODEL NAME OR NUMBER | MISC DESCRIPTION | IDENTIFICATION NUMBER | QTY | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | EVIDENCE: I Valtox tested the suspected marijuana, which turned violet, positive for marijuana. I took three photographs of the marijuana plant. I booked the marijuana plant, the photographs, and audio tape into evidence. | | | | | | |
| | | | DISPOSITION: Lopez has been arrested in the past for drug violations. Lopez is on court probation for 647(H) P.C. I transported and booked Lopez at Fremont Jail for 11358 H/S, cultivation of marijuana. | | | | | | |
| | | | | | | 5-9-97 0630 hrs. | | | |

CODE: S-STOLEN, R-RECOVERED, L-LOST, F-FOUND, E-EVIDENCE, D-DAMAGE ONLY
UCR TYPE: A-MONEY, NOTES; B-JEWELRY, PRECIOUS METALS; C-CLOTHING; E-OFFICE EQUIPMENT; F-TV, RADIOS, STEREOS, ETC.; G-FIREARMS; H-HOUSEHOLD GOODS; I-CONSUMMABLE GOODS; J-LIVESTOCK; K-MISCELLANEOUS
DISPOSITIONS: STATUS, DEPT. DISP.
COP • LT • SGTS • DET • PCO
DA • FU • CI • JP • CHP • SRV CTR
CM • CA • ENG • C/CLK • X • ACC • AA

ALAMEDA COUNTY CONSOLIDATED ARREST REPORT — NEW ____ POLICE DEPARTMENT 001

| Field | Value |
|---|---|
| 1. DEFENDANT'S LAST NAME / FIRST / MIDDLE | LOPEZ LUCIANO |
| 7. DATE OF BIRTH / POB / HEIGHT / WEIGHT / HAIR / EYES / RACE | 9-11-73 MM 506 150 BR BR HA |
| 10. HOME ADDRESS | 37122 ELM AV #15 |
| 16. ARREST DATE / 17. ARREST TIME | 5/9/94  0717 |
| 25. CODE SECTION | 11358 H/S |
| 39. LOCATION OF ARREST | 37122 ELM #15 |
| 42. ARRESTING OFFICER / NUMBER / 43. ASSISTING OFFICER / NUMBER | NAUROTH 3031  LUCIANO 0153 |

**HAIR**
BK BLACK
BN BLOND OR STRAWBERRY
BR BROWN OR CHESTNUT
GY GREY
RD RED OR AUBURN
SN SANDY
WH WHITE
XX BALD

**EYES**
BK BLACK
BL BLUE
BR BROWN
GR GREEN
GY GREY
HZ HAZEL
MR MAROON

**BALD**
F FRONTAL
O OCCIPITAL
P PATAL
T TOTAL

**SKIN**
S SALLOW
LR LIGHT RUDDY
R RUDDY
LB LIGHT BROWN
MB MEDIUM BROWN
DB DARK BROWN
BK BLACK

**GLAS**
GLASSES
R WEARS TO READ
D WEARS TO DRIVE
U USUALLY WEARS GLASSES

**MAR**
N NEVER MARRIED
M MARRIED
S SEPARATED
W WIDOWED
D DIVORCED

**DEF** OF DEFENDANT

**CZ CITIZENSHIP**
Y YES
N NO

**YRCO**
YEAR ESTABLISHED RESIDENCE IN COUNTY

**YCAL**
YEAR ESTABLISHED RESIDENCE IN CALIFORNIA

**YADR**
YEAR ESTABLISHED RESIDENCE AT LISTED ADDRESS

**BUILD**
SM SMALL
MD MEDIUM
LR LARGE

**SMT'S (SCARS, MARKS, TATTOOS)**
REFER TO: HELP SMT

**MISCELLANEOUS I.D. #**
CDC CALIF. DEPT. OF CORRECTIONS
CID CALIF. I.D. NUMBER
CIW CALIF. INSTITUTE FOR WOMEN
CRC CALIF. REHAB. CENTER
CYA CALIF. YOUTH AUTHORITY
DOB DATE OF BIRTH
DOC DEPARTMENT OF CORRECTIONS

**RACE**
W WHITE
B BLACK
H HISPANIC
I AMERICAN INDIAN
J JAPANESE
C CHINESE
F FILIPINO
P PACIFIC ISLANDER
O UNCLASSIFIED RACE

**CIRCUMSTANCE CODE**
1 ON SIGHT ARREST BY POLICE OFFICER
2 ARREST ON SUSPICION OF FELONY (W/O WARRANT)
3 ON VIEW ARREST BY CITIZEN
4 CITED IN LIEU OF ARREST
5 COURT FILED CHARGE (WARRANT)
6 GRAND JURY INDICTMENT
7 OTHER
8 SENTENCED COMMITMENT
9 PRIOR BOOKING

**POB PLACE OF BIRTH**
AL ALABAMA
AK ALASKA
AZ ARIZONA
AR ARKANSAS
CA CALIFORNIA
CO COLORADO
CT CONNECTICUT
DE DELAWARE
DC DIST. OF COLUMBIA
FL FLORIDA
GA GEORGIA
HI HAWAII
ID IDAHO
IL ILLINOIS
IN INDIANA
IA IOWA
KS KANSAS
KY KENTUCKY
LA LOUISIANA
ME MAINE
MD MARYLAND
MA MASSACHUSETTS
MI MICHIGAN
MN MINNESOTA
MS MISSISSIPPI
MO MISSOURI
MT MONTANA
NE NEBRASKA
NV NEVADA
NH NEW HAMPSHIRE
NJ NEW JERSEY
NM NEW MEXICO
NY NEW YORK
NC NORTH CAROLINA
ND NORTH DAKOTA
OH OHIO
OK OKLAHOMA
OR OREGON
PA PENNSYLVANIA
RI RHODE ISLAND
SC SOUTH CAROLINA
SD SOUTH DAKOTA
TN TENNESSEE
TX TEXAS
UT UTAH
VT VERMONT
VA VIRGINIA
WA WASHINGTON
WV WEST VIRGINIA
WI WISCONSIN
WY WYOMING
US USE WHEN STATE OF BIRTH [illegible] UNKNOWN [illegible]

**BOX 21 (NOTE APPROPRIATE #/#'s)**
PENAL CODE S 853.6
1) INTOXICATION
2) MEDICAL AID
3) SATISFACTORY IDENTIFICATION
4) REASONABLE LIKELIHOOD THE OFFENSE WOULD CONTINUE
5) ARRESTEE DEMANDS TO SEE MAGISTRATE
6) OUTSTANDING WARRANTS
8) RELEASE WOULD JEOPARDIZE PROSECUTION
9) ANY OTHER REASON: NOTE IN REPORT